IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CATHERINE PETZEL,**

    **Plaintiff,**

                        **Case No. 2:12-cv-1066**
  **v.**                      **Judge Economus**
                        **Magistrate Judge King**

**REDFLEX TRAFFIC SYSTEMS, INC.,**
*et al.,*
    **Defendants.**

## ORDER

    Upon unopposed motion, Doc. No. 24, plaintiff may have until August 19, 2013 in which to file her response to the defendants' motions to dismiss for lack of personal jurisdiction.

August 6, 2013                            *s/Norah McCann King*
                                                Norah McCann King
                                       United States Magistrate Judge