IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CATHERINE PETZEL,**

        Plaintiff,

                              Case No. 2:12-cv-1066
  v.                              Judge Economus
                                Magistrate Judge King

**REDFLEX TRAFFIC SYSTEMS, INC.,**
*et al.,*

        Defendants.

<u>ORDER</u>

    The parties have filed a stipulated protective order governing confidential materials produced during the course of discovery. Doc. No. 33. The stipulation would permit any party to denominate any material as "confidential" and would require that the filing of any material so denominated be made under seal. *Id.*, ¶¶ 1, 5.

    The Court declines to approve the proposed procedure for filing materials denominated "confidential." Although the parties may maintain discovery materials in confidence, the actual filing of documents – which implicates the interests of the public in unencumbered access to court proceedings – should not routinely be made under seal. *Proctor & Gamble Co. v. Bankers Trust Co.,* 78 F.3d 219, 227 (6th Cir. 1996); *Brown & Williamson Tobacco Corp. v. FTC,* 710 F.2d 1165, 1177 (6th Cir. 1983).

    Accordingly, the stipulated protective order is **DENIED**, without prejudice however, to a proposal that authorizes the filing of materials under seal only with leave of Court upon a showing of good cause. The Court will also expect that, where practicable, a redacted

version of the document will be filed on the public record. *See*

*Preliminary Pretrial Order*, Doc. No. 17, p. 2.


April 15, 2014                                                    *s/  Norah McCann King*
                                                                   Norah McCann King
                                                                   United States Magistrate Judge