**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **Catherine Petzel,** | : | |
| | : | |
| **Plaintiff,** | : | Case No. 2:12-cv-1066 |
| | : | |
| v. | : | Judge Economus |
| | : | |
| **Redflex Traffic Systems, Inc. et al.,** | : | Magistrate Judge King |
| | : | |
| **Defendants.** | : | |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, that plaintiff, by and through her attorneys, will take the deposition of Darren Kolack, before a Notary Public or other officer authorized by law to administer oaths, on April 30, 2014, at Driver & Nix Reporting, 3131 E. Clarendon Avenue., Suite 108, Phoenix, Arizona 85018. The deposition will begin at 1:00 p.m. pacific time, 4:00 p.m. eastern time, and will continue from day to day until completed.  You are invited to attend and examine the witness.

    Respectfully submitted,

/s John C. Camillus
John C. Camillus, Trial Attorney      (0077435)
Law Offices of John C. Camillus, LLC
P.O. Box 141410
Columbus, Ohio  43214
(614) 558-7254
(614) 559-6731 (Facsimile)
jcamillus@camilluslaw.com

Counsel for Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2014, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

/s/ John C. Camillus