# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Catherine Petzel,**

      vs

**Redflex Traffic Systems, Inc. , *et al.*,**

**N O T I C E**

Case Number **2:12-cv-1066**

Magistrate Judge Norah McCann King

**[ X ]   TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: Joseph P. Kinneary U.S. Courthouse
      85 Marconi Boulevard, Rm 235
      Columbus, Ohio 43215

Date & Time

July 1, 2014 @ 1:30 p.m.

Type of Proceeding:   **TELEPHONIC STATUS CONFERENCE**

(Parties to initiate the conference call to 614-719-3390)

**Norah M<sup>c</sup>Cann King
United States Magistrate Judge
(614) 719-3390**

Date: **June 26, 2014**

/s/ Jessica Rector
(By) Jessica Rector/Courtroom Deputy
(614) 719-3026

To:

Check electronic notice for counsel

Please call Jessica Rector (614-719-3026) if any counsel or parties have been omitted.