# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CATHERINE PETZEL, | ) CASE NO. 2:12-cv-1066 |
| *Plaintiff*, | ) JUDGE PETER C. ECONOMUS |
| v. | ) **JOINT MOTION TO CONTINUE STATUS CONFERENCE** |
| REDFLEX TRAFFIC SYSTEMS, INC., *et al.*, | ) |
| *Defendants.* | ) |

Defendant Redflex Traffic Systems, Inc., by and through counsel, hereby moves this Court for an Order rescheduling the Status Conference scheduled for July 1, 2014 at 1:30 p.m. Plaintiff Catherine Petzel, by and through counsel, has consented to this Motion.

The reason for this Motion is that the attorneys for Defendants are both currently out of the office and will be returning on July 7, 2014. Counsel for all the parties are available on the following dates: July 11, July 17, or July 18.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court reschedule the Status Conference on any of the above mentioned dates.

Respectfully submitted,

| | |
|---|---|
| */s/ John C. Camillus (via e-mail)* | */s/ Vincent J. Tersigni* |
| John C. Camillus (0077435) | Vincent J. Tersigni (0040222) |
| **Law Offices of John C. Camillus, LLC** | Michelle T. Hackim (0084941) |
| P.O. Box 14140 | **Jackson Lewis P.C.** |
| Columbus, Ohio 43214 | Park Center Plaza I, Suite 400 |
| Telephone: (614) 558-7254 | 6100 Oak Tree Boulevard |
| Fax:       (614) 559-67361 | Cleveland, Ohio  44131 |
| Email: jcamillus@camilluslaw.com | Telephone:  (216) 750-0404 |
| | Fax:  (216) 750-0826 |
| *Attorney for Plaintiff* | Email:  Vincent.Tersigni@jacksonlewis.com |
| | Michelle.Hackim@jacksonlewis.com |
| | *Attorneys for Defendant* |
| | *Redflex Traffic Systems, Inc.* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

> */s/ Vincent J. Tersigni*
> Vincent J. Tersigni (0040222)
> **Jackson Lewis P.C.**
>
> *One of the Attorneys for Defendant*
> *Redflex Traffic Systems, Inc.*

4838-9128-3740, v. 1