AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

Catherine Petzel,
_____
*Plaintiff*

v.                                              )          Civil Action No.       2:12-cv-1066
                                                )
                                                )
                                                )
                                                )
Redflex Traffic Systems, Inc.,                  )
C/O Statutory Agent
National Registered Agents,
Inc., et al.,
_____
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

other:

**This action is dismissed.**

_____

This action was *(check one)*:

s/Denise M. Shane - 5/27/2015
_____
*Signature of Clerk or Deputy Clerk*